UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAYE HENSON, <br><br> Petitioner, <br><br> v. <br><br> FIDENCIO N. GUZMAN, <br><br> Respondent. | Case No. 2:25-cv-04607-CV-JC <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"), the submissions in connection with Respondent's Motion to Dismiss the Petition, and all of the records herein, including the October 6, 2025 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Motion to Dismiss the Petition is granted, the Petition and this action are dismissed, and Judgment shall be entered accordingly.

DATED: 11/24/25

*Cynthia Valenzuela*

HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE