JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DONALD RAYE HENSON,

               Petitioner,

    v.

FIDENCIO N. GUZMAN,

               Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. 2:25-cv-04607-CV-JC

JUDGMENT

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 and this action are dismissed.

IT IS SO ADJUDGED.

DATED:    11/24/25

*Cynthia Valenzuela*

HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE